

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tristan Blayde Flowers, Appellant

No. 06-18-00105-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2017F00270). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

      We further order that the appellant, Tristan Blayde Flowers, pay all costs of this appeal.

RENDERED AUGUST 14, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk